# EXHIBIT B



**AGREEMENT**
between

The Fédération Internationale de Motocyclisme (hereinafter called "the FIM"), having its registered headquarters at 11 Route de Suisse, 1295 Mies, Switzerland, represented by Mr. Francesco Zerbi, President, and Mr. Guy Maitre, CEO

and

Dorna Off Road S.L (hereinafter called "DOR") a duly registered Spanish company having its registered office at calle Pinar 7 Madrid, Spain, represented by its Directors and duly appointed officers, Mr. Carmelo Ezpeleta and Mr. Giuseppe Luongo.

**WHEREAS**

The FIM had signed with the company Action Group International Ltd, at first in 1996 and subsequently in 1999, contracts relating to the rights of the Motocross World Championships, the Motocross des Nations and the Supercross World Championship. The FIM has now, and Action Group International Int. has accepted, decided to assign the above mentioned rights to DOR in order to centralise and develop the televised coverage, the marketing, and promotion of the (i) Motocross World Championship (including the existing 125 cc, 250 cc and 500 cc classes or any other classes which could be admitted in the future) the (ii) Motocross des Nations and the (iii) Supercross World Championship organised under its aegis and control, all Championships referred to hereinafter as "the Championships". Therefore, the present Agreement replaces any existing Agreement relating to the above mentioned rights signed prior to this date.

DOR has expressed its interest in managing and exploiting the rights of audio-visual transmission and recording, as well as the marketing, promotion and commercial rights of all the existing, or to be developed in the future, categories of the Championships. It has declared that it has the necessary experience and means to do so. It is prepared to direct its endeavours to assisting the FIM to achieve its purpose of improving the image of motorcycle sport generally and of the sport of Motocross in particular, in the interests of competitors, the FIM and its national affiliated members (hereinafter also called FMN, FMNS, FMNR or FMNRs). The FIM wishes in particular to achieve an improvement in the quality and extent of the televised broadcasting of the Championships.

The parties therefore agree as follows:

## 1. THE CHAMPIONSHIPS, THE SUBJECT-MATTER OF THIS AGREEMENT

DOR's rights and obligations relate to:

1.1. the Motocross World Championship, (including the currently existing 125cc, 250cc and 500cc or any other classes which could be admitted in the future) which comprises a minimum number of 6 events and a maximum of 20, organised annually under the aegis of the FIM.

1.2. the Motocross des Nations which takes place every year with a minimum of one (1) event, also organised annually under the aegis of the FIM.

1.3 the Supercross World Championship, organised annually under the aegis of the FIM and which comprises a minimum and a maximum number of events to be mutually decided by the parties.

No clause contained in this Agreement shall prevent the FIM or the FIM Continental Unions from organising Continental Motocross and Supercross Championships as they shall consider appropriate, or from selling the relevant rights. Notwithstanding the above, the FIM undertakes that such Continental Motocross and Supercross Championships shall not compete in any way with the Championships. In particular, the FIM undertakes that no event of the Continental Motocross and Supercross Championships will be organised on the same date and in the same country as any event of the Championships, without having obtained prior written approval from DOR.

**2. RIGHTS AND OBLIGATIONS OF DOR RELATING TO THE AUDIOVISUAL, MARKETING, PROMOTION AND COMMERCIAL RIGHTS OF THE CHAMPIONSHIPS**

The FIM appoints DOR as the Promoter of the Championships organised under the FIM auspices, in order to market and promote the Championships, retaining all incomes derived thereof. To that end, the FIM shall assign to DOR the following exclusive worldwide rights:

2.1. Rights of audio-visual transmission and recording by any technical method, including but not limited to the transmission by free-to-air, direct radio-transmission satellite, cable satellite or free or encoded closed circuit wire, in black and white or in colour, direct or by means of any type of recording for private or public reception, and all media that is based on any Internet protocol as the standard for transmission, including the Internet and World Wide Web as are in existence as of the date of this Agreement and their successor or related networks, including any still picture or still image capable of being derived from such moving picture images of all the events of the Championships (hereinafter called the "Audio-Visual Rights").

The Audio-Visual Rights shall extend to the sale of the said pictures on all the media above mentioned, on videocassette, or on any other media which would be appropriate for the publication, marketing and sale of such rights (for instance DVD, CD-ROM, or any other electronic or digital media). Additionally the Audio-Visual

Rights shall extend to the sale of electronic and/or interactive games using the Audio-Visual Rights, including without limitation any software program for all game formats such as consumer game formats, arcade game machines, on-line games, personal computer games, hand-held games on toys, etc.

DOR nevertheless agrees, without prejudice to any more restrictive national laws, to provide recorded images for a maximum of three minutes to any television company which requests the same under the "access to information" law excluding any other purposes. However, when the national and international provisions regarding the "access to information" law permit it, DOR shall be entitled to charge a fee corresponding to the expenses incurred by DOR for making a copy of the images and sending such copy to any television requesting images of the Championships.

The FIM retains the right to receive from DOR a VHS video of each and every race for archiving and documentary purposes.

The exclusive worldwide rights assigned to DOR shall give to DOR the authority to:

(a) place, where it shall so choose, at its own cost, the television cameras and equipment and the TV commentators, subject to the right of the Clerk of the Course to reject the placement of the recording equipment and personnel, in accordance with the safety provisions specified in the relevant FIM Rules.

(b) Affix, if it so chooses, at its own cost, "on-board-cameras", transponders and/or any other devices capable to provide time and data information onto the motorcycles participating in the Championships. The FIM will make its best efforts to include in the relevant Rules the acceptance by the riders of said devices as an entry requirement.

It is expressly declared that on the expiry of this Agreement, DOR shall have no further right to use or in any way dispose of the audio-visual rights, which shall automatically revert to the FIM, save nevertheless the audio-visual recordings made by DOR during the term of this Agreement which shall remain its property and may be used by DOR in any manner as it may choose.

2.2. The right to negotiate and to enter into publicity, advertising, commercial and/or promotion contracts, including contracts with sponsors for commercial brand-names used world-wide and/or at a local level, provided that DOR shall respect all and any local laws and/or regulations (and shall procure the sponsors to respect such rules) related with tobacco, alcohol or any other products/services advertising.

2.3. Subject to the prior written approval of the FIM, (which shall not be unreasonably withheld) the right to negotiate and to enter into a sponsorship agreement for the title of the Motocross or Supercross World Championship, provided that the name FIM Motocross or Supercross World Championship (or such other name as may be from

time to time agreed by the FIM and DOR) is retained in the title and for the title of the Motocross des Nations, provided that the name Motocross de Nations (or such other name as may be from time to time agreed by the FIM and DOR) is retained in the title. DOR shall notify the FIM, in writing, of its intention to enter into an agreement with a title sponsor (and shall send it a copy of the draft agreement without the financial information). The FIM has the right to dispatch by mail its response to DOR within fifteen (15) days term; failing to do so the agreement should be considered as implicitly approved by the FIM, except the case in which the FIM, with a written communication to be mailed within the fifteen (15) days mentioned above, does not ask to deliver its decision in a further thirty (30) days term. Failure to dispatch a response within this ulterior 30 days term should be considered as implicit approval by the FIM.

2.4. The right to negotiate a sponsorship agreement for the title of each event of the Championships, provided that the name FIM Motocross or Supercross World Championship or Motocross des Nations (or such other names as may be from time to time agreed between the FIM and DOR) is retained in the title.

2.5. The right to organise the pass system and the allocation and issue of all passes for all events of the Championships. However, each Championship may have its own system. The FIM and the FMNRs shall receive a sufficient number of passes for their officials and guests to be agreed with DOR. DOR further agrees to recognise existing FIM passes granted to the industry involved in the Championships on specific terms agreed with the FIM Motocross Commission.

2.6. Subject to the prior approval of the FIM, the right to use, license exploit and modify the copyrights on the logos for the Championships. The FIM shall assign to DOR all titles on the Championships logos registered as per Appendices 1 and 2 to this Agreement. DOR is entitled to further applications in other territories and/or classes as well as to the registration of new logo/s substituting the one currently existing provided (i) that the FIM shall sign and execute any and all of the forms, documents and applications necessary to properly ensure such registrations, and (ii) provided that DOR shall revert to the FIM all titles and rights on the logos and trademarks related with the Championships which DOR may own upon termination of this Agreement.

2.7. The merchandising of products and services including the logos and/or images related to the different rights granted in this contract and the right to grant merchandising rights by way of sub-licence.

2.8. The right to appoint official suppliers of products and services for the Championships, and the right to appoint official suppliers of equipment for riders and accessories provided that riders, teams and constructors shall be under no obligation whatsoever to use products or accept services supplied by the said official suppliers.

2.9 The right to use, subject to the FIM approval, the FIM emblem on documents, publicity material and all other products relating to the Championships. DOR shall give notice in writing of the use it proposes to make of the FIM emblem. The FIM has the right to mail an answer to the communication received from DOR within fifteen (15) days term; failing to do so the agreement should be considered as implicitly approved by the FIM except the case in which the FIM dispatching a communication in the 15 days time mentioned above does not ask to deliver its decision in a further thirty (30) days term. Failure to dispatch a response within this ulterior 30 days term should be considered as implicit approval by the FIM.

On the expiry of the agreement, the FIM emblem may continue to be used on audio-visual recordings owned by DOR (provided that the use thereof has first been approved by the FIM).

2.10 By mutual consent of both parties betting and lottery games in any form or means on the Championships are expressly excluded from the rights granted by the FIM to DOR and shall remain the property of the FIM.

2.11. The FIM warrants DOR that the FIM shall enter into all the necessary agreements and / or sign or execute any and all of the forms and / or documents with third parties to properly ensure the exploitation of the rights hereby granted to DOR.

On the expiry of this Agreement, DOR shall lose all the rights granted by the FIM under this Agreement which said rights shall automatically revert to the FIM. Without prejudice to the foregoing, after the expiry of this Agreement, DOR shall retain the following rights :

(a) the right to sell products carrying the logo of the Championships which have already been produced or manufactured during the term of the Agreement, and

(b) the ownership of the Audio-visual recordings produced by DOR during the term of the Agreement, as well as the right to use and exploit them.

## 3. TELEVISED TRANSMISSION

DOR agrees to negotiate and maximise the widest possible televised coverage of all the events of the Championships with the objective of developing interest in the sport on the part of the public and of sponsoring companies. To that end, DOR shall, at its free discretion negotiate the conditions, and in particular the financial conditions, of the televised distribution of the events with television networks. DOR will do all its best efforts, and whenever possible, to obtain live transmission on public non cabled and un-coded channels.

Television coverage must in any case include a summary of each event. The said coverage shall consist of 10 to 15 minutes (minimum) international transmission. DOR shall use its best efforts to ensure the widest possible televised transmission at peak viewing time, of all the events of the Championships.
Excluding cases involving *force majeure*, all the Championships events shall be filmed.

DOR shall accept the sole responsibility for organising the televised coverage of the Championships events and pay for all the costs thereof.

**4. ORGANISATION, TIME-TABLE OF EVENTS OF THE CHAMPIONSHIPS AND THE FIM LIABILITIES**

4.1. Organisation

Subject to clause 4.2 below, the FIM shall decide on the organisation and sporting regulations of the Championships, and in particular:

(c) the homologation of the circuits on which the events of the Championships shall be organised in accordance with the FIM rules;

(d) the lay down of the sporting and technical rules of the Championships

Any decision related with the maintenance or amendment of the currently existing classes or the sporting regulations of the Championships shall need the mutual agreement from the FIM and DOR.

4.2. Calendar of events

The calendar of events of the Championships shall be fixed according to the following procedure: thirty (30) days prior to the beginning of the FIM Congress preceding the relevant year, DOR shall submit a provisional calendar to the FIM proposing the circuits and dates for the events counting for the next Championships. The calendar proposed by DOR shall contain events taking place in different countries.

When proposing the calendar of events to the FIM, DOR shall also confirm that it has entered into an agreement with a national promoter for the organisation of each programmed event. The said agreements must be valid subject only to confirmation by the FIM of the homologation of the circuits. Upon receipt of the provisional calendar, the FIM shall immediately inform all the FMNRs involved in the calendar. Within fifteen (15) days time, from the delivering of the provisional calendar by DOR to the FIM, the FMNRs shall notify to the FIM of any objection to the calendar, which must concern only violation of the FIM Statutes.

The provisional calendar of events proposed by DOR shall then be submitted to the FIM Motocross Commission, which shall then submit it to the FIM Management Council for acceptance.
Once it has been accepted by the Management Council, the calendar may not thereafter be altered, excluding cases involving *force majeure*, or by mutual agreement between the Management Council or Executive Board and DOR.

The calendar shall be publicly announced by the FIM as soon as it has been accepted as aforesaid. Neither of the parties to this Agreement shall publicly announce the calendar, nor divulge the details thereof, until the FIM has announced the same, unless it is necessary to do so for the purposes of negotiating an agreement with the national promoters.

Subject to this clause 4.2., nothing contained in this Agreement may be considered as restricting the right of the FIM to be the governing body of the Championships.

4.3. The FIM liabilities

The FIM undertakes not to inscribe in its international calendar any other international Supercross, Arena Cross, Stadium Motocross and Motocross events to be held on the same date as the Championships dates proposed by DOR, unless agreed in writing by DOR. Reciprocally, once the calendar has been accepted by the Management Council, DOR undertakes not to propose dates changes for the Championships that coincide with international Supercross, Arena Cross, Stadium Motocross and Motocross events already inscribed in the international calendar, unless agreed in writing by the FIM.

The FIM undertakes to incorporate the following text in the entry forms of the Championships :

*"By submitting this entry form, the participant (rider and team) herein formally acknowledges and accepts that Dorna Off Road S.L., in its capacity of promoter and organiser of the FIM Motocross and Supercross World Championship and Motocross des Nations has the full and exclusive right to utilise the filmed and/or photographic and/or video recorded and/or computer created images portraying the participant and/or teams, rider(s) name(s), motorcycle(s) and wardrobe fittings (including number and helmets) sounds, voices and any sign, logo trademark of any nature or type in connection with the public exhibition, distribution, television broadcasting and in general exploitation of the FIM Motocross and Supercross World Championships meetings and Motocross des Nations or any of them in any of its classes, applying them onto products including but not limited to videocassettes, videodisks, CD-Rom,*

*Internet and interactive games, simulation games also electronically reproduced, apparel and stationary.*

*The participant (rider and team) waives hereunto any right, title and interest to file claims, objections or requests of any kind against Dorna Off Road S.L. (including but not limited to its assignees, licensees and successors) related with the use and/or the exploitation of any of the above rights in all forms, in the entire world and without time limits and declares that full consideration for this waiver is included within the prizes, bonus and travel expenses to be paid following the guidelines as revised by the FIM Motocross Commission."*

## 5. RESPECT OF THIS AGREEMENT BY THE FMNRS

The FIM undertakes to notify all FMNRs of the existence of this Agreement and to draw their attention to the rights granted to DOR.

The FIM undertakes to ensure that this Agreement is respected by FMNs .

Any dispute between DOR and an FMNR shall be resolved by the FIM, whose decision shall be, in conformity with this Agreement, final. In addition, the FIM and DOR shall jointly, prepare and send a Schedule of Conditions of the Championships to the FMNRs.

## 6 OBSERVANCE OF THE FIM RULES

The FIM rules, and in particular the sporting and technical rules relating to the Championships, shall apply to the organisation of the Championships. The FIM may alter its rules at its own discretion and in accordance with its own internal procedure. It nevertheless undertakes to agree with DOR before making any alteration to the technical and sporting rules which directly affect the Championships events, in conformity with the present Agreement.

In addition, DOR must, in fulfilling its obligations under this Agreement, observe all present and future codes and rules of the FIM, particularly its Statutes, Sporting Code and its Appendices. In particular, DOR must observe the spirit of sportsmanship advocated by the FIM.

Upon signature of the Agreement, copies of the relevant texts shall be sent to DOR. The FIM shall give DOR notice in writing of any alteration, addition or variation to the Statues, Sporting Code and its Appendices within the fifteen (15) days following ~~to~~ the date of the FIM decision. If the FIM fails to do so it shall not be entitled to make any claim against DOR based on the latter's failure to observe the said rules and codes.

## 7. FINANCIAL RESPONSIBILITY OF THE PARTIES

DOR shall accept sole responsibility for the costs of marketing and promoting the Championships.

DOR shall be entitled to all income derived from the exploitation, license and/or sale of the rights assigned under this Agreement.

The national promoters so elected by DOR to organise the Events included at the Calendar shall pay the prize money and bonus to the riders according to the scale of prizes and bonus regularly revised by the FIM Motocross Commission after consultation with DOR, and appearing in the Championships Regulations. However, the riders shall have no right to claim such prize money and bonus from the FIM.

As the Promoter of the Championships, DOR shall organise and pay the travel and accommodation costs to the riders (including its equipment) related with the events which take place outside Europe according to the provisions regularly revised by the FIM Motocross Commission, and published annually in the Championships Regulations. The riders shall have no right to claim such travel and accommodation indemnities from the FIM, being DOR the sole responsible entity responsible for the payment of such costs provided that the "Equal Treatment FIM Policy" is respected including contributions to be made by the FMNRs and/or the national/local Promoters of the Events included at the calendar.

However, any revision of the scale of prizes and bonuses and the travel and accommodation costs above to the rate of the Consumer Price Index of the United States (which is published by the United States Bureau of Labour Statistics) for the twelve (12) months prior to such revision, shall be subject to the written consent of DOR.

The FIM and the FMNRs shall have no financial responsibility whatsoever.

DOR shall not be authorised to bind the FIM or the FMNRs vis-à-vis third parties and DOR shall at no time claim to hold any such powers of representation; nevertheless, where DOR is dealing with third parties in its own name and on its own behalf, it may, when necessary, reveal the assignments of rights agreed upon by the FIM.

## 8. FINANCIAL CONDITIONS

In consideration of the rights assigned to it by the FIM, DOR agrees to pay to the FIM the following annual fees :

- For 2001: CHF 978,000
- For 2002: CHF 1,048,000
- For 2003: CHF 1,128,000
- For 2004: CHF 1,148,000
- For 2005: CHF 1,178,000
- From 2006 to 2011 both inclusive : CHF 1,198,000

The said annual fees shall be payable by DOR to the FIM by way of two equal instalments on 30th June and on 30th September in each year.

The amount payable by DOR under this Agreement shall be net of duties, taxes or other charges and without any deductions whatsoever.

## 9. GUARANTEE

In order to guarantee the rights of the FIM under this Agreement, DOR shall provide each year the FIM with a deposit or an irrevocable bank guarantee by a prime bank established in Geneva, of an amount of CHF 200,000 which will be provided on first written demand by the FIM stating that DOR has failed to comply with an obligation arising from this Agreement. The expiry date of the guarantee shall be 31st March 2012. If the term of this agreement is extended, DOR undertakes to have the validity date of the guarantee extended until three months after the expiry date of the Agreement.

The enforcement of this Agreement is subject to the condition precedent that DOR shall provide the FIM with the said deposit or bank guarantee within forty-five (45) days after the signature of this Agreement.

## 10. TERM

10.1. This Agreement is entered until 31st December 2011.

10.2. Either party may terminate this Agreement if the other party fails to perform any obligation arising out of this Agreement, provided that the party intending to terminate the same has first served written notice on the other party to remedy the breach within fifteen (15) days, without effect.

10.3. In addition, the Agreement may be terminated at any time if there is valid reason to do so, and in particular:

(e) By the FIM, if any event is not filmed or broadcast in accordance with article 3, except in the event of force majeure or due to any other reason reasonably

justified or if the FIM is obliged to call upon the guarantee referred to in article 9 hereof;

(f) By the FIM, if DOR fails to lodge the guarantee within forty-five (45) days after the signature of the contract, in accordance with the provisions of clause 9 hereof;

(g) By the FIM in the event of a major change in the control of DOR or its assignee, whether under the terms of a contract or *de facto*, whether direct or indirect, unless DOR has given the FIM prior notice thereof in writing and the FIM has formally agreed in writing to the said change.

10.4 On the termination of this Agreement, subject to clause 2, all rights granted under this Agreement shall automatically revert to the FIM and DOR shall not have any rights or obligations herein pursuant to said agreement.

## 11. DUTY OF DOR TO PROVIDE INFORMATION

Within three (3) months following the last event of the Championships, DOR shall report to the FIM on the televised broadcasting of each event, listing the television channels which showed the pictures, the length of the transmission and time segment, the method (live or recorded), the country and, if possible, the audience for the said broadcasts.

DOR undertakes to give immediate notice to the FIM of any alteration to its company structure which might affect the control of the company (particularly, but not exhaustively, any substantial change in the governing bodies and/or in the composition its shareholders).

## 12. ASSIGNMENT

The rights and obligations arising from this Agreement may not be assigned or transferred to a third party without the prior written consent of the other party, to the exception of such partial assignments, licenses and/or sublicenses which DOR may execute in order to exploit the rights granted pursuant to this Agreement.

## 13. RIGHT OF PRE-EMPTION

Provided that the cancellation of the Agreement is not attributable to DOR (particularly, but not exhaustively, if the Agreement shall have been rescinded for the reasons specified in art. 10.2 and 10.3), DOR shall have a right of pre-emption over the rights comprised in this Agreement under the following conditions:

(h) The FIM shall notify DOR of the best offer made by a third party for all or any of the rights comprised in this Agreement even if the conditions of the offer are not identical to those of this Agreement.

(i) DOR shall notify the FIM within thirty (30) days if it intends to exercise the said right of pre-emption. Within thirty (30) days of the date on which the FIM shall have received notification of DOR's decision to purchase the rights, the parties shall in good faith negotiate detailed conditions for their agreement. If the parties do not reach agreement within the said period of thirty (30) days, the FIM shall notify DOR of its final offer for the rights it proposes to assign. If DOR does not accept the said final offer within fifteen (15) days of receipt thereof, the FIM shall be free to assign the said rights to any other third party.

## 14. APPLICABLE LAWS AND ARBITRATION

This Agreement shall be subject to Swiss law.

Any dispute arising from or related to the present contract will be submitted exclusively to the Court of Arbitration for Sport in Lausanne, Switzerland and resolved definitively in accordance with the Code of Sports related Arbitration, the panel will consist of three arbitrators . The language of arbitration will be the English language.

## 15. ADDRESS FOR SERVICE

Any written correspondence sent by postal channel or courier shall be sent to the receiving party by via facsimile on the same day of dispatch to the followings addresses.

For the FIM:
11 Route de Suisse
CH-1295 Mies
Switzerland
For the attention of Mr Guy Maitre
CEO
Tel: +41/22 950 95 00
Fax: +41/22 950 9501

For DOR:
C/ Pinar, 7 – 6ª plta.
28006 Madrid
Spain
For the attention of Mr Carmelo Ezpeleta
Director

Tel: +34 91 782 02 20
Fax: +34 91 561 58 61

For the FIM: Date: 16 February 2001

Mr. Francesco Zerbi
President

Mr. Guy Maitre
CEO

For DOR: Date: 16, February 2001

Mr. Carmelo Ezpeleta
Director

Mr. Giuseppe Luongo
Director

**APPENDIX I**

TRADEMARK:

OWNER: FEDERATION INTERNATIONALE DE MOTOCYCLISME

| Country | Filing | | Registration | | Class (es) |
|---|---|---|---|---|---|
| | Date | Number | Date | Number | |
| Switzerland | 29 Dec 98 | 10809/1998 | | 461 906 | 9,16 and 25 |
| Community (*) | 18 June 99 | 1 221 639 | Pending | | 9,16 and 25 |
| Canada (*) | 28 June 99 | 1 020 518 | Pending | | 9,16 and 25 |
| U.S.A. (*) | 29 June 99 | 75/739 484 | Pending | | 9 |
| Japan (*) | 22 June 99 | 11-55503 | Pending | | 9 |
| Australia (*) | 25 May 99 | 795 160 | Pending | | 9 |

**APPENDIX II**

TRADEMARK:



OWNER: FEDERATION INTERNATIONALE DE MOTOCYCLISME

| Country | Filing | | Registration | | Class (es) |
|---|---|---|---|---|---|
| | Date | Number | Date | Number | |
| Switzerland | 29 Dec 98 | 10810/1998 | | 461 907 | 9,16 and 25 |
| Community (*) | 18 June 99 | 1 221 662 | Pending | | 9,16 and 25 |
| Canada (*) | 28 June 99 | 1 020 517 | Pending | | 9,16 and 25 |
| U.S.A. (*) | 29 June 99 | 75/739 499 | Pending | | 9 |
| Japan (*) | 22 June 99 | 11-55504 | Pending | | 9 |
| Australia (*) | 25 May 99 | 795 159 | Pending | | 9 |