# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FEDERATION INTERNATIONALE DE )
MOTOCYCLISME )
)
    *Petitioner*, )
) Civil Action No. 8:25-cv-02855
  v. )
)
FELD ENTERTAINMENT, INC. )
FELD MOTORSPORTS, INC. )
)
    *Respondents*.

## SECOND DECLARATION OF LUDOVIC AGASSIZ

I, Ludovic Agassiz, declare as follows:

    1.    I am Legal Director at the Fédération Internationale de Motocyclisme ("FIM"). I submit this second declaration in support of the authentication of the documents attached hereto as Exhibits N through Q, which are records maintained by FIM or true and correct copies of official records obtained from public authorities, institutional or official sources and retained in FIM's files (including excerpts of such records). I make this declaration based on my personal knowledge and in the ordinary course of my duties for FIM.

    2.    In my role, I am familiar with FIM's record-keeping practices and with the records created, received, and maintained by FIM in the ordinary course of its regulatory and legal affairs.

3. The documents identified below are true and correct copies of the records as maintained by FIM or true and correct copies of records obtained from official governmental or institutional sources and retained in FIM's files. Where a document is a translation, it is accompanied by a translator's certificate attesting to the accuracy of the translation; and where a document bears electronic headers, stamps, or other indicators of filing or certification, those metadata elements are part of the true and correct copy retained by FIM.

4. The exhibits authenticated by this declaration are as follows:

 a. Exhibit N. An excerpt from Respondents' Response to the Statement of Claim.

 b. Exhibit O. An excerpt from *Arbitration in Switzerland - The Practitioner's Guide*, produced by Respondents in the Arbitration as exhibit RL-2.

 c. Exhibit P. Respondents' Letter to the Tribunal dated 2 September 2022.

 d. Exhibit Q. The 1994 CAS Code of Sports-related Arbitration.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2026, at Mies, Switzerland.

By: _____
**Ludovic Agassiz**

*Legal Director, Fédération Internationale de Motocyclisme*

3